The People of the State of New York, Respondent, v. J. Albert & Son, Appellant.— Reargument ordered upon the sole inquiry whether the master is criminally liable under the statute* for the act of the servant in locking the door in the master's absence, without evidence of general or specific instruction on his part that it should be done. Case set down for Wednesday, December 16, 1914. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.